UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MICHAEL DAVID SEWELL,

      Plaintiff,

  v.

CDCR, et al.,

      Defendants.

Case No. 25-cv-11013-EMC

**ORDER DISMISSING MATTER WITHOUT PREJUDICE**

Re: ECF No. 2

On December 26, 2025, Plaintiff Michael David Sewell, a *pro se* state prisoner, filed an unsigned civil rights complaint and application to proceed *in forma pauperis*. *See* ECF Nos. 1, 2. On the same date, the Court sent Sewell a notice that he needed to sign and return his complaint within 28 days or face dismissal of this action without prejudice. *See* ECF No. 3 at 1; *see also* Fed. R. Civ. P. 11(a) ("Every pleading, written motion, and other paper must be signed by at least one attorney of record in the attorney's name—or by a party personally if the party is unrepresented."). More than 28 days have passed and Sewell has not provided a signed complaint. The matter is therefore **DISMISSED WITHOUT PREJUDICE**.

The Clerk shall terminate pending motions and close the file. Any motion to reopen this matter must be accompanied by a copy of a signed complaint.

    **IT IS SO ORDERED.**

Dated: March 27, 2026

EDWARD M. CHEN
United States District Judge